Viglietta v Asbestos Corp. Ltd. (2024 NY Slip Op 04728)

Viglietta v Asbestos Corp. Ltd.

2024 NY Slip Op 04728

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: WHALEN, P.J., LINDLEY, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (207/24) CA 23-00749.

[*1]TERRI VIGLIETTA, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF BENEDICT VIGLIETTA, DECEASED, PLAINTIFF-RESPONDENT, 
v
ASBESTOS CORPORATION LIMITED, ET AL., DEFENDANTS, AND HEDMAN RESOURCES LIMITED, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.